IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ANTHONY LEWIS,

    Plaintiff,

vs.                        Case No. 07-1016-JTM

ACCOR NORTH AMERICA, et al.,

    Defendants.

MEMORANDUM AND ORDER

The matter is before the court on the Motion to Dismiss filed by defendants Vanessa Parker and J. R. Bishop. The motion argues that Lewis's Title VII claims are inappropriate against them, since they are individual officers of the employer ACCOR North America. *See Maldonado v. City of Alrus*, 433 F.3d 1294, 1316 (10th Cir. 2006). Plaintiff has responded stating that he has no objection to the motion.

IT IS ACCORDINGLY ORDERED this 25th day of May, 2007, that the defendants' Motion to Dismiss (Dkt. No. 13) is hereby granted for good cause shown.

                                          s/ J. Thomas Marten
                                          J. THOMAS MARTEN, JUDGE